UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KELLY MOLYNEAUX,

        Plaintiff,

  v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

        Defendants.

Case No. 5:16-cv-01496-BLF

**CASE MANAGEMENT ORDER**

On July 7, 2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 05/04/2017 at 2:00 p.m. |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 04/12/2018 at 9:00 a.m. |
| Final Pretrial Conference | 05/31/2018 at 1:30 p.m. |
| Trial | 07/23/2018 at 9:00 a.m. |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT the parties are to meet, confer, and file a stipulated
6   proposed schedule regarding dates and deadlines to trial.

Dated:  July 7, 2016

_____
BETH LABSON FREEMAN
United States District Judge